UNITED STATES MAGISTRATE JUDGE

05-CR-05365-ORD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR05-5365 |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING TRIAL DATE |
| FRANKLIN G. PROCELL, ) | |
| Defendants. ) | |

Defendant FRANKLIN G. PROCELL moves to continue trial. The defendant is in the process of obtaining his WA Driver's License. The defense submits the need for a continuance outweighs the public's interest in a speedy trial. The government does not object. In view of the parties' agreement to continue the trial date and the defendant's knowing, voluntary, and intelligent waiver of his right to a speedy trial, this Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

The defendant's motion for continuance is GRANTED. The current trial date is stricken and the new trial date is May

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

1  8, 2006 at 9:00 a.m. The time from the date of this order
2  through the new trial date shall be excludable under the
3  Speedy Trial Act, Title 18, United States Code, Sections
4  3161(h)(8)(A), 3161(h)(B)(i), and 3161(h)(B)(ii).
5     Dated this 3rd day of April 2006.

                                    James P. Donohue
                                 UNITED STATES MAGISTRATE JUDGE

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7017 · FAX (206) 748-7821